1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   ROSALIO VILLAVINCENCIO, MARIA       )        Civil Case No.: 07cv1024JM (AJB)
     GUADALUPE VILLAVINCENCIO,           )
     JAUVE VILLAVINCENCIO, ANA           )
12   GABRIELA BELTRAN, and ADELITA       )
     RAMOS AGUIRRE,                      )
13                                       )        ORDER  GRANTING  AMENDED  JOINT
                         Plaintiffs,     )        DISCOVERY PLAN
14                                       )
         v.                              )
15                                       )
     UNITED STATES OF AMERICA,           )
16                                       )
                         Defendant.      )
17                                       )
                                         )
18

19

20       Upon the motion by both parties, it is hereby

21       ORDERED that the discovery plan in this case currently set by an Amended Scheduling Order

     dated May 19, 2008, and issued by this Court is modified as follows:
22

23       1.      On or before August 11, 2008, Plaintiff shall comply with the disclosure provisions in

     Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.  On or before August 25, 2008, Defendant
24

25   shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

26       2.      Plaintiff may supplement its disclosure regarding contradictory or rebuttal evidence under

     Rule 26(a)(2) on or before September 8, 2008.  Defendant may supplement its disclosure regarding
27

28   contradictory or rebuttal evidence under Rule 26(a)(2) on or before September 22, 2008.

         3.      All discovery, whether fact or expert, shall be completed by all parties on or before

     October 24, 2008.

1      4.      A Mandatory Settlement Conference remains as previously scheduled on *October 17,*

2 *2008, at 1:30 p.m.*, which the parties may seek to advance with leave of the Court.

3      IT IS SO ORDERED.

4

5 DATED:  July 3, 2008

6 
_____
Hon. Anthony J. Battaglia

7 U.S. Magistrate Judge
United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28