UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO VILLAVICENCIO, MARIA GUADALUPE VILLAVICENCIO, JAUVE VILLAVICENCIO, ANA GABRIELA BELTRAN, and ADELITA RAMOS AGUIRRE,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No.: 07cv1024JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY DISCOVERY SCHEDULE**<br><br>[Doc. No. 31.] |

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

 a. Plaintiffs shall produce their expert witness' reports in compliance with Fed. R. Civ. P. 26 (a)(2)(B) on or before September 23, 2008;

 b. Defendant shall produce its expert witness' reports in compliance with Fed. R. Civ. P. 26 (a)(2)(B) by October 14, 2008

 c. Plaintiffs may supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26 (a)(2) on or before October 28, 2008;

 d. Defendant may supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26 (a)(2) on or before November 11, 2008;

 e. All discovery, whether fact or expert, shall be completed by all parties before January 21, 2009; and

 f. All other dates, including but not limited to the Mandatory Settlement Conference scheduled

1    for October 17, 2008 at 1:30 p.m., remain unchanged.

2    IT IS SO ORDERED.

3

4    DATED: September 4, 2008

5

                   Hon. Anthony J. Battaglia
6                 U.S. Magistrate Judge
                 United States District Court