1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8

9   ROSALIO VILLAVICENCIO, MARIA            )        Civil Case No.: 07cv1024JM (AJB)
    GUADALUPE VILLAVICENCIO,                )
10  JAUVE VILLAVICENCIO, ANA                )
    GABRIELA BELTRAN, and ADELITA           )
11  RAMOS AGUIRRE,                          )
                                            )
12              Plaintiffs,                 )        **ORDER GRANTING JOINT MOTION TO**
                                            )        **MODIFY DISCOVERY SCHEDULE**
13      v.                                  )
                                            )        [Doc. No. 33.]
14  UNITED STATES OF AMERICA,               )
                                            )
15              Defendant.                  )
                                            )
16  _____ )

17          The parties filed a joint motion to modify discovery schedule.   Good cause appearing, IT IS

18  HEREBY ORDERED THAT:

19          a.  Defendant shall produce its medical expert witness' reports in compliance with

20      Fed. R. Civ. P. 26 (a)(2)(B) by **October 14, 2008**;

21          b.  Defendant  shall  produce  its  non-medical  expert  witness'  reports  (vocational

22      rehabilitation, life care planning (if any) and economics) in compliance with Fed. R. Civ.

23      P. 26 (a)(2)(B) by **October 30, 2008**;

24          c.  Plaintiffs may supplement its disclosure regarding contradictory or rebuttal evidence

25      under  Fed. R. Civ. P. 26 (a)(2) on or before **November 14, 2008**;

26          d.  Defendant may supplement its disclosure regarding contradictory or rebuttal evidence

27      under  Fed. R. Civ. P. 26 (a)(2) on or before **December 2, 2008**; and

28      //

1    e.  All other dates, including but not limited to the Mandatory Settlement Conference scheduled for

2    October 17, 2008 at 1:30 p.m., remain unchanged.

3

4    IT IS SO ORDERED

5    DATED:  October 14, 2008

6                                                                    _____

7                                                                    Hon. Anthony J. Battaglia
                                                                     U.S. Magistrate Judge
8                                                                    United States District Court

9

10   .

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv1024