# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO VILLAVICENCIO, MARIA GUADALUPE VILLAVICENCIO, JAUVE VILLAVICENCIO, ANA GABRIELA BELTRAN, and ADELITA RAMOS AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-cv-1024-JM-AJB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>[Doc. No. 38.] |

For Good Cause Shown, the Court Grants the Joint Motion to Modify Scheduling Order. IT IS HEREBY ORDERED that all pretrial motions must be filed on or before **January 30, 2009.** Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. All other dates remain unchanged.

IT IS SO ORDERED

DATED: November 24, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

.