UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO VILLAVICENCIO, MARIA GUADALUPE VILLAVICENCIO, JAUVE VILLAVICENCIO, ANA GABRIELA BELTRAN, and ADELITA RAMOS AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 07-cv-1024-JM-AJB<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER |

The parties filed a joint motion to modify the pretrial deadlines in this case. Good cause having been shown, it is hereby ordered that:

1. Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before February 20, 2009.

2. Counsel shall meet and take the action required by Local Rule 16.1.f.4 on or before March 3, 2009.

3. Objections to pretrial disclosures shall be filed no later than March 10, 2009.

4. The Proposed Final Pretrial Conference Order required by Local Rule 16.1.f.6 shall be prepared, served, and lodged on or before March 17, 2009.

5. The Final Pretrial Conference shall take place on March 27, 2009 at 8:30 a.m. in the Chambers of Hon. Jeffrey T. Miller.

1  6. Trial shall commence on April 6, 2009 at 9:00 a.m. as previously ordered.
2  All other dates remain unchanged.
3  IT IS SO ORDERED.
4  DATED: January 28, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

2