UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIO VILLAVICENCIO, MARIA GUADALUPE VILLAVICENCIO, JAUVE VILLAVICENCIO, ANA GABRIELA BELTRAN, and ADELITA RAMOS AGUIRRE,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Case No.: 07cv1024JM (AJB)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. The above-captioned action is dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. This dismissal is made pursuant to a separate Stipulation for Compromise Settlement and Release (the "Settlement Agreement") between the parties and their attorneys;

3. This dismissal results from a compromise settlement of a disputed claim and does not constitute any admission of liability or fault on the part of the Defendant and its agencies, facilities, agents or employees, in reference to the events alleged in the Complaint or otherwise; and

4. Notwithstanding the entry of a dismissal herein, the parties hereby agree that this Court shall retain jurisdiction over all disputes between and/or among the parties arising out of the settlement

1 | agreement, including but not limited to interpretation and enforcement of the terms of the settlement
2 | agreement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 114 S. Ct. 1673, 1677 (1994).

DATED: July 30, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge